IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DALVIR SINGH RANI,

    Petitioner,

v.

WILLIAM P. BARR; KIRSTJEN M. NIELSEN; RONALD VITIELLO; JEFFREY D. LYNCH; JOHNNY CHOATE,

    Respondents.

No. C 19-1990 WHA (PR)

**ORDER OF TRANSFER**

Petitioner is a detainee of the United States Immigration and Customs Enforcement in the Geo Aurora Detention Center in Aurora, Colorado. He is awaiting deportation based upon his conviction in a California state court. He has filed the instant habeas petition 28 U.S.C. § 2241 challenging the lawfulness of his detention pending deportation.

Section 2241 allows "the Supreme Court, any justice thereof, the district courts and any circuit judge" to grant writs of habeas corpus "within their respective jurisdictions." 28 U.S.C. § 2241(a). "Jurisdiction over the custodian" means that the custodian is within the territorial jurisdiction of the court. *Rumsfeld v. Padilla*, 542 U.S. 426, 444 (2004). "[F]or core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Id.* at 442-43. Where a petitioner is incarcerated in one state and files a Section 2241 petition in a federal district court in another state, therefore, the federal district court lacks jurisdiction over his custodian to effect process or enforce its orders and must accordingly transfer or dismiss the petition. *See*, *e.g.*, *Hassain v. Johnson*, 790 F.2d 1420, 1420

(9th Cir. 1986) (no jurisdiction in California to address petition where inmate incarcerated in Arizona); *United States v. Giddings*, 740 F.2d 770, 771 (9th Cir. 1984) (no jurisdiction in Washington to address petition where inmate incarcerated in Kansas).

Accordingly, pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the district of petitioner's confinement, the United States District Court for the District of Colorado.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: July 11, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE